IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KEY REAL ESTATE EQUITY CAPITAL, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> TRACY D. SUTTLES, <br><br> Defendant/Counterclaim Plaintiff. <br><br><br> TRACY D. SUTTLES, <br><br> Third Party Plaintiff, <br><br> v. <br><br> AMERICAN OPPORTUNITY FOR HOUSING – MEADOWCREEK LLC, et al., <br><br> Third Party Defendants. | CASE NO.: 1:06 CV 0826 <br><br> JUDGE BOYKO <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff Key Real Estate Capital, Inc. ("KREEC"), Defendant Tracy D. Suttles ("Suttles"), Third-Party Defendant American Opportunity For Housing – Meadowcreek, LLC ("AOH-Meadowcreek"), Third-Party Defendant American Opportunity For Housing, Inc. ("AOH"), and Third-Party Defendant Key Bank, NA ("Key"), by and through their respective undersigned counsel, hereby enter into the following stipulation of dismissal:

1.  Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., KREEC hereby stipulates and agrees to the voluntary dismissal of all its claims against Suttles without prejudice, subject to reinstatement only as provided for under the settlement agreement entered into between KREEC and Suttles. KREEC and Suttles are to bear their own costs.

1435992 4

2.  Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Suttles hereby stipulates and agrees to the voluntary dismissal of all his claims against KREEC and Key without prejudice, subject to reinstatement only as provided for under the settlement agreement entered into between KREEC and Suttles. KREEC, Suttles, and Key are to bear their own costs.

3.  Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Suttles hereby stipulates and agrees to the voluntary dismissal of all his claims against AOH-Meadowcreek and AOH with prejudice. Suttles, AOH-Meadowcreek, and AOH are to bear their own costs.

4.  Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., AOH and AOH-Meadowcreek hereby stipulate and agree to the voluntary dismissal of all their claims against Suttles with prejudice. AOH, AOH-Meadowcreek, and Suttles are to bear their own costs.

5.  Pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P., AOH and AOH-Meadowcreek hereby stipulate and agree to the voluntary dismissal of all their claims against Counter-Defendants 6425 Gess Management, Inc. ("6425 Gess Management"), 6425 Gess, Ltd. ("6425 Gess Ltd"), Adams Advisors GP, LLC ("Adams Advisors"), Gessner Lenders, LP ("Gessner Lenders"), Gessner Partners Realty GP, LTD ("Gessner Partners"), and TS-Clare, Inc. ("TS-Clare") with prejudice. AOH, AOH-Meadowcreek, 6425 Gess Management, 6425 Gess Ltd, Adams Advisors, Gessner Lenders, Gessner Partners, and TS-Clare are to bear their own costs.

Respectfully submitted.

POLSINELLI SHALTON WELTE SUELTHAUS PC

By: /s/ Robert J. Edwards
    BRETT D. ANDERS (MO #35516)
    ROBERT J. E. EDWARDS (MO #48481)
    SHAUNA L. RIPLEY (MO #57360)
    700 West 47th Street, Suite 1000
    Kansas City, Missouri 64112
    (816) 753-1000
    Fax No. (816) 753-1536

STRACHAN MILLER OLENDER & ROESSLER, LPA

    KIRK W. ROESSLER (Ohio #0060931)
    1940 Huntington Building
    925 Euclid Avenue
    Cleveland, Ohio 44115
    (216) 621-0040
    Fax No. (216) 621-7175

ATTORNEYS FOR KEY REAL ESTATE EQUITY CAPITAL, INC.

-And-

HERMANN, CAHN & SCHNEIDER LLP

By: /s/ Gary D. Hermann
    Gary D. Hermann (0025285)
    1301 East Ninth Street, Suite 500
    Cleveland, Ohio 44114
    Tel: 216-781-5515
    Fax: 216-781-1030
    ghermann@hcsattys.com

ATTORNEYS FOR TRACY D. SUTTLES

-And-

McINTYRE, KAHN & KRUSE CO., L.P.A.

By: /s/ Robert W. McIntyre
    ROBERT W. McINTYRE (0006768)
    The Galleria & Towers at Erieview
    1301 East Ninth Street, Suite 2200
    Cleveland, OH 44114-1824
    Telephone: (216) 579-4114
    Facsimile: (216) 579-0605
    E-mail: info@mkkglaw.com

ATTORNEYS FOR AMERICAN OPPORTUNITY FOR HOUSING, INC. AND AMERICAN OPPORTUNITY FOR HOUSING-MEADOWCREEK, LLC

-And-

PORTER, WRIGHT, MORRIS & ARTHUR

By: /s/ Leo M. Spellacy, Jr.
    Leo M. Spellacy, Jr. (0067304)
    1700 Huntington Bldg.
    925 Euclid Avenue
    Cleveland, OH 44115
    216-443-2558
    Fax: 216-443-9011
    Email: lspellacy@porterwright.com

ATTORNEYS FOR KEY BANK, NA

SO ORDERED:

_Christopher A. Boyko_
HONORABLE CHRISTOPHER A. BOYKO

FILED
FEB 2 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O
CLEVELAND